# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

MARK JONES,
JEFFERY SMITH,

      Plaintiffs,

vs.                                  Case Number: 13-cv-372-CVE-TLW

WATCO COMPANIES, L.L.C., et al.,

      Defendants.

## SETTLEMENT CONFERENCE REPORT

On 04/17/2014 a Settlement Conference was held in the captioned matter.

☑ The litigation was settled; within **30** days of the date hereof, the Plaintiff and Defendant shall file:

- a Stipulation of Dismissal
  OR
- a Journal Entry of Judgment.

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2014.

DATED: 04/17/2014.

Karen L. Long
Adjunct Settlement Judge

Settlement Confernce Report (SC-03 3/10)