# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  MARK JONES, | ) | |
| 2.  JEFFERY SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 13-CV-372-CVE-TLW |
| v. | ) | |
| | ) | |
| 1.  WATCO COMPANIES, L.L.C., | ) | |
| 2.  STILLWATER CENTRAL | ) | |
| RAILROAD, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF DEFENDANTS

COMES NOW the Plaintiffs, Mark Jones and Jeffery Smith and Defendant, Watco Companies, L.L.C. and Stillwater Central Railroad, L.L.C.(hereinafter, collectively referred to as "Parties"), pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, all of the claims against the Defendants. The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed the Stipulation of Dismissal with them and have the authority to bind their respective clients.

The Parties to bear their own costs and attorney fees.

Date: May 28, 2014.

ATTORNEYS FOR THE PLAINTIFFS

/s/ Anthony L. Allen
Anthony L. Allen   OBA# 19738
ALLEN & WISNER
101 W. Broadway
Muskogee, Oklahoma 74401
918.683.5291
918.683.3397 fax
anthony@oklahomaslawfirm.com

 ATTORNEYS FOR DEFENDANTS

 /s/  &lt;Michael L. Matula
 Michael L. Matula
 4520 Main Street, Ste. 400
 Kansas City, MO 64111
 Phone: (816) 471-1301
 Fax:  (816) 471-1303

  AND

 /s/  Randall J. Snapp,
 Randall J. Snapp, OBA #11169
 CROWE & DUNLEVY
 321 S. Boston, STE 500
 Tulsa, OK 74103-3313
 Phone:(918) 592-9855
 Fax:    (918) 599-6335

## CERTIFICATE OF SERVICE

 I hereby certify that on May 28, 2014, I electronically transmitted the foregoing document to the following:

 Michael L. Matula, Esq.
 mike.matula@ogletreedeakins.com

 Randall J. Snapp, Esq., Crowe & Dunlevy
 Randall.snapp@crowedunlevy.com

 /s/ Anthony L. Allen

2